

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**Entire document not scanned**

_____ )
_____ )
_____ )

Giano-v-Goord, no. 98, 2419
(2d cir. may 14, 2001,

JAMES ARTHUR LEE )
(Enter above the full name of the plaintiff or plaintiffs in this action.)

Case No. 1:02cv169MMP/WCS

Dr. Bentram Hurowitz M.D.
Dr. Emile Bayduin d'Ajoux M.D.
Dr. J.S. Thayer M.D.
Hi Li Wintrose, Food Director
State dietitions, Jhon Doe
Nurse Reed RN
Sgt Davis
Handeyen
Langston
Captain Brandon
Sgt Clew
Sgt Paul
Dr. Janice Spann
Dr. Dameff Drafter M.D.
Jhon Doe Sn. psychologist, Columbia C.I.
Jhon Doe Sn. psychologist, North Fla. Recpn
Sn. psychologist Mary Tyll, Washington C.I.
Sn. psychologist, Charlotte C.I., Dr. Hager
V. Love, mental health Administrator
Lt. T. Copeland
Sgt. McDowell Franklin C.I.
Officer Udell C.O.I
Sgt Sheiley
Sgt Nice Wonder
Captain Reggins
Warden, Jhon Doe, North Fla. Recptn Cn

v.

MICHAEL W. MOORE ET AL
WARDEN PATTERSON
STANCIL M.W. C.O.I
CARROLL J. C. C.O.I
(Enter above the full name of the defendant or defendants in this action.)

Officer Steven Sizemore C.O.
Officer Senley C.O.I

Neal Conndor, psychologist
Miquel Castro, psychologist

1  2



## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983

This packet includes four copies of a complaint form and two copies of a pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records <u>All copies of the complaint must be identical to the original.</u>

<u>The clerk will not file your complaint unless it conforms to these instructions and to these forms</u>.

### IMPORTANT: FAILURE TO NOTIFY THE COURT OF ANY CHANGE OF ADDRESS COULD RESULT IN THE DISMISSAL OF YOUR CASE.

Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiff's must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the forms or additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident at issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filing in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath

You will note that you are required to give the facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.**

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court, Northern District of Florida, Suite 122, 110 East Park Avenue Tallahassee, Florida 3230.1

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   
   Yes (X)     No ( )

   B.  If you answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to previous lawsuit
   
   Plaintiffs: _James Arthur Lee_
   
   Defendants: _Michael W. Moore Etc. Al_

   2.  Court (if federal court, name the district; if state court, name the county):

   3.  Docket number: _____

   4.  Name of judge to whom case was assigned: _____

   5.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?):
   
   _Noted: All property lost on 10-12-02 at Charlotte c.i. intentionally by prison guards, some legal work illegally detained_

   6.  Approximate date of filing lawsuit: _by Charlotte c.i. and_

   7.  Approximate date of disposition: _Columbia c.i. Law Library Supervisors._

II.  Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ( )

C. If you answer is YES:

1. What steps did you take? I Filed Emergency Grievance to Warden, Emergency Grievances to Secretary of Reprisal And Sensitive Nature

2. What was the result? _____

D. If your answer is NO, explain why not: _____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

A. Name of plaintiff James Arthur Lee.

Address Columbia C.I., Route 7, Box 376, Lake City, Fla 32055-8075

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Michael W. Moore

is employed as Secretary For D.O.C.

at Florida Department of Corrections, 2601 Blair Stone Rd,

C. Additional Defendants: Dr. Bertram Hurowitz m.D, Dr. Emile Bauduin d'Ajoux m.D Dr. J.S. Thayer m.D (State dietitian. Jhon Doe) H.L. Winfree, Food Director, Nurse Reed

4



Sgt Davis, Hendegen, Langston, Captan Branslan, Sgt Oliser, Sgt Paul, Dr Janice Spann M.D, Dr Dameff Drafton M.D, Sgt McDowell Korn ICE, Sgt Shirley, Officer Udell co, Mary Tyll, psych, (Sr. psychologist Jhal Doe Columbia c.I.)(Sr. psychologist Jhal Doe N. F.R.C.) V. Love, Dr Haager, Lt T. Copeland, Sgt Nice wonder, Captan Riggins,

### IV. Statement of Claims

State here as briefly as possible the _facts_ of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any case or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as needed. Attach extra sheet if necessary.)

All Defendant's have Acted, and continue to Act, under color of state Law, At All times Relevant to The complaint.

1. The Plaintiff is in "imminent danger" And is Threaten with irreparable And Serious Physical injury, The Plaintiff has not Eaten since 9-11-02 And is Repeatedly being Threaten by nurse Reedan, prison guard's with Tear Gas chemical Agents For Filing Grievances At Columbia c.I.

2. The Action's of Defendant's Stancil, M.W. c.I. And Officer Carroll J.C. c.I. In Falsifying disciplinary Report's on 11-4-02 Officer Stancil, c.I. And 12-9-02 Officer Carroll c.I., Violation's of ch. 33, 601.302.(2), Also violates The officers Code of

-1-

## Statement of Claims

of Conduct ch 33.208.002(7)13&20 And due process, Riley -v- city of Montgomery, 104 F 3d. 1247 (11th cir. 1997). The Retaliations of the defendants against the plaintiff for exercising his First Amendment Right to file grievances violated the plaintiff First and Fourteenth Amendment to the United States constitution.

3. The failure of state dietitian's and H.L. Winfrey, Bureau of Food Services in refusing to honor the plaintiff's court ordered therapeutic Bland diet + Boost supplement constitutes the tort of negligence under the law of 768.0428 Fla. statutes, in violations of the Eighth Amendment to the U.S. Constitution.

4. The actions of nurse Reed RN in Retaliations and falsifying the plaintiff's medical records and in denying him access to follow up appointments to see specialist for injuries constitutes the tort of negligence under the law of 768.0428 F.S. in violations of the Eighth Amendment to the U.S. Constitution.

-2-

## Statement of Claim

5. The failure of defendants Dr. Bertram Hurowitz M.D., Dr. Emile Baudoin dl'Ajoux M.D., Dr. J.S. Thayer M.D., Dr. Janice Spann M.D., Dr. Damett Drafhsr M.D., failure to provide emergency medical care for "S head injuries" cause by police brutality by prison guards and the denial specialist treatment for other injuries constitutes the tort of negligence under the Law of 768.0425 F.S. in violation's of the United States constitution _ _ _ _ _ _ _ ?

6. The action's of D.O.C. state dietition's at Columbia C.I., N.F.R.C., Washington C.I., Charlotte C.I. Lake C.I. in falsifying mental health evaluation's and covering up police brutality at Okaloosa C.I. Hamilton C.I., Washington C.I. and N.F.R.C. _ _ _ _ in violation's of 33.208.01 personnel conduct (5.) conduct of volunteers and non-Dr. employees, illegally detaining the plaintiff in isolation cells on 11-16-00, 12-7-00, 1-1-01, 6-7-02, 10-11-02, 33.208.01 (21.) falsification of forms or records (28.) destruction of evidence or giving false testimony, 24.) willful violation of rules, regulations, directives or policy statements

-3-

## Statement of Claim

constitutes the Tort of negligence 768.0425 F.S. by Dr. o.w. psychologist and Falsifying a Battery Act on 1-26-01 at Lake C.I. in violations of 1th, 14th, and Eighth Amendment Rights to the United States Constitution

7. The Failure of Chief Deputy Prison Wardens at Columbia C.I., Patterson, N. Brice John Doe, Washington C.I., H.D. Alford, Hamilton C.I. Annex L. En turner, Lake C.I. Butch Whidden, Okaloosa C.I. Candell Thomas to take disciplinary or other actions to curb the known pattern of physical abuse by Lt. T. Copeland, Sgt. Nick Wonder, Captain Rennins, Steven Sizemore Sgt./Lt, Sgt. McDowell Tonelee, Sgt. Sheilley, Officer Udell C.I. & Sgt. Schwartz, Dr. Schwartz M.D., Nurse Helms LPN Union Bollin C.I., constituted deliberate indifference, and contributed to and proximately caused the above described violations of Eighth Amendment Rights and Assault and Battery under the law of Florida Statute 944.35, in violations of the 1th, 14th, and Eighth Amendment Rights to the United States Constitution.

-4-

## Statement of Claim

8. The Actions of defendants Steven Sizemore, Scarlsy on 9-18-00 in Brutally Beating the Plaintiff with an Iron Pipe; in using physical force without need or Provocation or in failing to intervence to prevent the misuse of forces were done "maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States constitution.

9. The Actions of Defendants Sgt. McDowell tearlie E., Lt. Clemons Arthie W., Officer Bivins Daran B., Officer Stancil M. W. C. E., Officer Carroll J. C., in Retaliations Against the Plaintiff and writting False disciplinary Reports in Retaliations For the Plaintiff ExErcseing of the First Amendment Right to Filed Grievances and Law suites Violated the Plaintiff 2ᴰ 14ᵀᴴ And Eighth Amendment Rights of the United States constitution.

-5-

## Statement of Claim

10. The failure of state dietitions, Nurse Reed and H. L. Wantner, Bureau of Food Services in denying and refusing to honor the Plaintiff's court order bland diet and Boost supplements because F.D.O.C. does not even have a bland diet in violation of the Plaintiff's 1st, 14th and Eighth Amendment Right of the United States Constitution and contributed to the Tort of negligence under the Law of 768.0425 F.S.

11. The Actions of Defendant Lt. T. Corel- and At Washington C.I. in Retaliation's with tear gas on the in Retaliation's for exercise- ing of his First Amendment Rights to file Grievances, Law suits, and in useing Physical Force against the Plaintiff on 11-29-01

-6-

## Statement of Claim

with out need or provocation or in failing to intervene to prevent the misuse of tear Gas on 11-29-01 were done "maliciously and sadistically and constituted cruel and unusual punishment in violations of the Eighth Amendment to the United States.

12. The Actions of Sgt. Nice, Wonder and Captain Reggins at Washington C.I. on 4-27-02 "Kicking the Plaintiff 3 times on his head and Punching him 9 times in his face, fracturing my left side of face, in using Physical Force Against the Plaintiff with out need or Provocation or in failing to intervene to prevent the misuse of force, were done" maliciously and sadistically and constituted cruel and unusual punishment in violations of the Eighth Amendment to the U.S. Constitution.

-7-

## Statement of Claim

13. The failure of Dr. Dameff Drafter M.D., Dr. Haager, Psychologist, Dr. V. Love, Mental Administrator for Charlotte C.I. in illegally detaining the Plaintiff in an isolation mental hospital for 35 days and denied medical care, access to Emergency Room specialist for severe injuries to head on 4-17-02 constituted the Tort of negligence under the law of 768.0425 F.S. in violations of 1st, 14th and Eighth Amendment Rights of the United States Constitution.

14. The failure of Dr. Janice Spann M.D. in covering up, and denied or failing to provide medical care for severe head injury on 4-17-02 constituted the Tort of negligence under the law of 768.0425. F.S. in violation of the Eighth Amendment of the United States Constitution.

-8-

## Statement of Claim

15. The Actions of SAI Psychologist Dr. Mary Tyll, At Washington C.I. Covering up The misuse of Form CO28 on 11-29-01 by Lt. T. Copeland And The Brutal Assault on 4-17-02 constituted The Tort of negligence under The Law of 768.0425 F.S. IN Violations of The Plaintiff's 1st, 14th And Eighth Amendment Rights of The United States Constitution.

-9-

_____
_____
_____
_____
_____
_____

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I Am sueing Each defendant in his/her individual And official capacities for $350.00 in compensatory and punitive damages for the Retaliation's for Exercises of his First Amendment Right to File Grievances, Lawsuits And Violation's of 1st & 14th Amendment Rights.

2. Plaintiff seek Actual $200.00 in Actual damages, and $200.00 in Exemplary damages for the inexcusable conduct, continued →

Signed this 17th day of December, 20 02.

James Arthur Lee
Mr. James Arthur Lee
(Signature of plaintiff or plaintiffs)

-2-

V.   Relief     Continued    Part II

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

3. Expunge All of False disciplinary Reports Resulting From Retaliations And Censurous Reprisal, Release the Plaintiff,

4. Issue A preliminary injunction Ordering defendants to provide A Count-ordered Bland diet + Boost For The Plaintiff And immediately Render tests by Gastroenterologist + dietition At Jackson memorial hospital in miami, Fla., And treatment For All injuries.

5. Issue An Injunction For Emergency Investigation by F.B.I. For The Beating's of this case.

Signed this  17th  day of  DECember , 20 02

Columbia C.I.

Route 7, Box 376, Lake city, Fla. 32055-8967

mm James Arthur Lee
(Signature of plaintiff or plaintiffs)

James Arthur LEE 052550

VERIFICATION

State of ____Florida_____ )

County of ____Lake city_____ )

_____, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his knowledge; except as to those matters that are stated in it on his information and belief, and as to those matters he believes are true.

_A. James Arthur du_____
(Signature of affiant-plaintiff)

Subscribed and sworn to before me

this _____ day of _____, 20___.

_____

_____

-3-

# Appendix Index

## Index

Exhibit A. Police Brutality Resulting from Grievance Reprisal

Exhibit B. Excessive complaints Filed to F.D.L.E

Exhibit C. Illegally detained in Isolated mental hospital cells because of False mental Evaluations, Cover up Police Brutality.

Exhibit D. Falsifying disciplinary Reports, Retaliations by prison guards

Exhibit E. Dr. mary Tyll, sr. psychologist at Washington C.I. Falsifying mental evaluations

Exhibit F. Dr. Janice Spann m.D., chief health officer at Washington C.I. denied medical care for injuries caused by Police Brutality

Exhibit G. Racial Profiling by All white Racialist prison guards

Exhibit H. Excessive complaints to F.B.I.