UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES ARTHUR LEE

VS                                                                                        CASE NO. 1:02cv169 MMP

MICHAEL W. MOORE, et al.

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be DISMISSED without prejudice as it was found to be abusive and malicious pursuant to pursuant to 28 U.S.C. 1915(e)(2)(B)(I)

WILLIAM M. McCOOL, CLERK OF COURT

February 28, 2003
DATE

Deputy Clerk: Louise Trautman

Entered On Docket: 2/28/03                By: LLT
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: J. Lee, DOC, WCS

U.S. DISTRICT CT
NORTHERN DIST. FLA
GAINESVILLE

2003 FEB 28 PM 12: 25

Document No.  5

FILED